# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Darren Smith**, | Bankruptcy No. 15-15339 |
| Debtor. | Honorable Pamela S. Hollis |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #32)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on January 25, 2017.

Dated: January 25, 2017

**Zane L. Zielinski,** not individually but as the chapter 7 trustee of the bankruptcy estate of **Darren Smith,**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

## ECF SERVICE LIST

**Registrants**
(Service via ECF)

- **William J Factor**   wfactor@wfactorlaw.com, wfactorlaw@gmail.com; bharlow@wfactorlaw.com; wfactor@ecf.inforuptcy.com; wfactormyecfmail@gmail.com
- **Thomas H Griseta**   tgriseta@wfactorlaw.com, bharlow@wfactorlaw.com
- **Kathryn A Klein**   iln@riezmanberger.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **Sara E Lorber**   slorber@wfactorlaw.com, slorber@ecf.inforuptcy.com;nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com
- **C David Ward**   cdward1945@yahoo.com, ladylaw1031@msn.com

## MANUAL SERVICE LIST

| **Discover Bank**<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | **Midland Credit Management, Inc**<br>As Agent For Midland Funding Llc<br>Po Box 2011<br>Warren, Mi 48090 |
|---|---|
| **American Express Bank, Fsb**<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | **Portfolio Recovery Associates, Llc**<br>Successor To U.S. Bank National Association<br>Pob 41067<br>Norfolk Va 23541 |
| **Pyod, Llc Its Successors And Assigns As** Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | **Darren Smith**<br>306 Cascade Lane<br>Oswego, IL 60543 |
|  |  |