# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Darren Smith | § | Case No. 15-15339 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 169,733.00                     Assets Exempt: 19,052.11
*(Without deducting any secured claims)*

Total Distributions to Claimants: 5,408.05       Claims Discharged
                                                 Without Payment: 239,416.94

Total Expenses of Administration: 5,558.95

---

3) Total gross receipts of $ 10,967.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 10,967.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 201,828.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,558.95 | 5,558.95 | 5,558.95 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 39,163.50 | 24,822.49 | 24,822.49 | 5,408.05 |
| **TOTAL DISBURSEMENTS** | $ 240,991.50 | $ 30,381.44 | $ 30,381.44 | $ 10,967.00 |

4) This case was originally filed under chapter 7 on 04/30/2015 . The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/10/2017           By:/s/Zane L. Zielinski, Trustee
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Funds held by Janet Hills | 1229-000 | 10,967.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 10,967.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bluegreen Corp 4960 Conference Way N # Boca Raton, FL 33431 | | 7,159.00 | NA | NA | 0.00 |
| | Bluegreen Corp 4960 Conference Way N # Boca Raton, FL 33431 | | 9,457.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bluegreen Corp 4960 Conference Way N # Boca Raton, FL  33431 | | 5,378.00 | NA | NA | 0.00 |
| | Bluegreen Corp 4960 Conference Way N # Boca Raton, FL  33431 | | 5,125.00 | NA | NA | 0.00 |
| | Ocwen Loan Servicing L 1661 Worthington Rd., Ste 100 West Palm Beach, FL  33409 | | 161,097.00 | NA | NA | 0.00 |
| | Rbs Citizens Na 480 Jefferson Blvd Warwick, RI  02886 | | 1,083.00 | NA | NA | 0.00 |
| | Td Auto Finance 27777 Franklin Rd Farmington Hills, MI  48334 | | 12,529.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 201,828.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 1,846.70 | 1,846.70 | 1,846.70 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 17.25 | 17.25 | 17.25 |
| Associated Bank | 2600-000 | NA | 10.00 | 10.00 | 10.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| The Law Offices of William J. Factor, LTD | 3110-000 | NA | 3,685.00 | 3,685.00 | 3,685.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 5,558.95 | $ 5,558.95 | $ 5,558.95 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Accelerated Rehab Centers 2396 Momentum Pl Chicago, IL  60689-5323 | | 2,628.27 | NA | NA | 0.00 |
| | Advocate Medical Group 701 Lee St. Des Plaines, IL  60016 | | 73.00 | NA | NA | 0.00 |
| | Amex Po Box 297871 Fort Lauderdale, FL  33329 | | 2,199.00 | NA | NA | 0.00 |
| | Chase 800 Brooksedge Rd. Westerville, OH  43081 | | 1,771.00 | NA | NA | 0.00 |
| | Fed Loan Serv Pob 60610 Harrisburg, PA  17106 | | 8,263.00 | NA | NA | 0.00 |
| | Goodyr/cbna Po Box 6497 Sioux Falls, SD  57117 | | 279.00 | NA | NA | 0.00 |
| | J S Hasan Plastic Surgery SC 2205 S. Wolf Rd. #299 Hillside, IL  60162 | | 2,672.00 | NA | NA | 0.00 |
| | Lou Harris Company 1040 S Milwaukee Ave Ste Wheeling, IL  60090 | | 148.00 | NA | NA | 0.00 |
| | NACS 2810 Walker Rd, Ste 100 Chatanooga, TN  37421 | | 141.23 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Weltman, Weinberg And Reis 180 N. LaSalle St. Suite 2400 Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| 4 | American Express Bank, Fsb | 7100-000 | NA | 2,457.85 | 2,457.85 | 535.49 |
| 1 | Discover Bank | 7100-000 | 8,296.00 | 8,821.81 | 8,821.81 | 1,922.00 |
| 2 | Midland Credit Management, Inc | 7100-000 | 1,544.00 | 1,657.29 | 1,657.29 | 361.07 |
| 3 | Midland Credit Management, Inc | 7100-000 | 2,582.00 | 3,003.05 | 3,003.05 | 654.27 |
| 5 | Portfolio Recovery Associates, Llc | 7100-000 | 4,283.00 | 4,059.37 | 4,059.37 | 884.41 |
| 6 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 4,284.00 | 4,371.04 | 4,371.04 | 952.31 |
| 7 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 452.08 | 452.08 | 98.50 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 39,163.50 | $ 24,822.49 | $ 24,822.49 | $ 5,408.05 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-15339 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Darren Smith | | | | Date Filed (f) or Converted (c): | 04/30/2015 (f) |
| | | | | | 341(a) Meeting Date: | 05/28/2015 |
| For Period Ending: | 04/10/2017 | | | | Claims Bar Date: | 09/01/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 306 Cascade Lane, Oswego, IL 60543 | 135,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash on Hand | 100.00 | 0.00 | | 0.00 | FA |
| 3. West Suburban Bank checking account | 250.00 | 0.00 | | 0.00 | FA |
| 4. Household goods and furnishings, including audio, video, and | 500.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 6. Waddell & Reed IRA Rollover IRA account. | 13,285.11 | 0.00 | | 0.00 | FA |
| 7. Criminal Bond | 25,000.00 | 0.00 | | 0.00 | FA |
| 8. 1997 Ford Mustang | 4,000.00 | 0.00 | | 0.00 | FA |
| 9. 2007 Dodge Caravan | 1,500.00 | 0.00 | | 0.00 | FA |
| 10. 2011 Chevrolet HHR | 8,650.00 | 0.00 | | 0.00 | FA |
| 11. Bluegreen Multi-Site Timeshare Pla | 0.00 | 0.00 | | 0.00 | FA |
| 12. Funds held by Janet Hills (u) | 0.00 | 0.00 | | 10,967.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $188,785.11        $0.00        $10,967.00        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee's is waiting for the turnover of a $12,500 criminal bond.

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Residence at 306 Cascade Lane, Oswego, IL 60543. Joint interest with wife, Amy Smith. FMV $135,000.00 |
| RE PROP # | 3 | -- | West Suburban Bank checking account. Joint account with wife, Amy Smith. |
| RE PROP # | 6 | -- | Waddell & Reed IRA Rollover IRA account. |
| RE PROP # | 7 | -- | The Debtor held no interest in these funds based on a review of the court record, and determined the value was $0.00. |
| RE PROP # | 8 | -- | 1997 Ford Mustang |
| RE PROP # | 9 | -- | 2007 Dodge Caravan |
| RE PROP # | 10 | -- | 2011 Chevrolet HHR |
| RE PROP # | 11 | -- | Bluegreen Multi-Site Timeshare Plan including The Blake Timeshare Plan, Grande Villas at World Golf Village, Cibola Vista Resort & Spa, and Christmas Mountain Timbers. Joint ownership with wife, Amy Smith. |

Initial Projected Date of Final Report (TFR): 03/28/2016     Current Projected Date of Final Report (TFR): 03/28/2017

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-15339 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Darren Smith | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1528 |
| | Checking |
| Taxpayer ID No: XX-XXX4303 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/10/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/14/16 | 12 | Janet Hills | Funds received pursuant to turnover order | 1229-000 | $10,967.00 | | $10,967.00 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $10,957.00 |
| 02/17/17 | 5001 | Trustee Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $1,863.95 | $9,093.05 |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order.   ($1,846.70) | 2100-000 | | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order.   ($17.25) | 2200-000 | | | |
| 02/17/17 | 5002 | The Law Offices of William J. Factor, LTD<br>105 W. Madison<br>Suite 1500<br>Chicago, IL 60602 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $3,685.00 | $5,408.05 |
| 02/17/17 | 5003 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 1 representing a payment of 21.79 % per court order. | 7100-000 | | $1,922.00 | $3,486.05 |
| 02/17/17 | 5004 | Midland Credit Management, Inc<br>As Agent For Midland Funding Llc<br>Po Box 2011<br>Warren, Mi 48090 | Distribution | | | $1,015.34 | $2,470.71 |
| | | Midland Credit Management, Inc | Final distribution to claim 2 representing a payment of 21.79 % per court order.   ($361.07) | 7100-000 | | | |
| | | Midland Credit Management, Inc | Final distribution to claim 3 representing a payment of 21.79 % per court order.   ($654.27) | 7100-000 | | | |
| 02/17/17 | 5005 | American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 4 representing a payment of 21.79 % per court order. | 7100-000 | | $535.49 | $1,935.22 |
| | | | Page Subtotals: | | $10,967.00 | $9,031.78 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-15339 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Darren Smith | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1528 |
| | Checking |
| Taxpayer ID No: XX-XXX4303 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/10/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/17/17 | 5006 | Portfolio Recovery Associates, Llc Successor To U.S. Bank National Association<br>Pob 41067<br>Norfolk Va 23541 | Final distribution to claim 5 representing a payment of 21.79 % per court order. | | 7100-000 | | $884.41 | $1,050.81 |
| 02/17/17 | 5007 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Distribution | | | | $1,050.81 | $0.00 |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 6 representing a payment of 21.79 % per court order. | ($952.31) | 7100-000 | | | |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 7 representing a payment of 21.79 % per court order. | ($98.50) | 7100-000 | | | |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $10,967.00 | $10,967.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $10,967.00 | $10,967.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,967.00 | $10,967.00 |

Page Subtotals: $0.00   $1,935.22

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1528 - Checking | $10,967.00 | $10,967.00 | $0.00 |
| | $10,967.00 | $10,967.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $10,967.00 |
| Total Gross Receipts: | $10,967.00 |

Page Subtotals:   $0.00   $0.00